ANTHONY RUCANO, Appellant, v ANNA LORUSSO-MORAMARCO, Respondent.

Submitted February 10, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.